UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | PLAINTIFF |
| v. No. 2:18-CV-02035 | |
| CLAUDIA MELISSA SANCHEZ, DANIELLA NANA SANCHEZ, K.A.S., a minor, and M.L.S., a minor | DEFENDANT |

## ORDER

Before the Court is a joint motion for an order for distribution and to dismiss this case with prejudice. (Doc. 9). The motion represents that the matter has settled and proposes a process for distribution of funds. Daniella Sanchez is the proper Rule 17 representative for the minor parties and no conflict exists between her and the minors. Dismissal on the terms proposed by the parties is proper.

IT IS THEREFORE ORDERED that the motion (Doc. 9) is GRANTED.

IT IS FURTHER ORDERED that the parties follow the distribution process set forth in the motion. This action is DISMISSED WITH PREJUDICE. The Court retains jurisdiction to enforce the terms of the settlement agreement.

IT IS SO ORDERED this 11th day of July, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE